# Court of Appeals
# of the State of Georgia

ATLANTA, __October 16, 2013__

*The Court of Appeals hereby passes the following order:*

**A14D0046. IN THE INTEREST OF B. R. F., A CHILD (MOTHER).**

Upon consideration of the application for discretionary appeal, it is ordered that it be hereby ***GRANTED***. The Appellant may file a notice of appeal within 10 days of the date of this order. The clerk of the juvenile court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The parties should address in their appellate briefs the question whether this court has jurisdiction to grant an out-of-time appeal. See *In the Interest of S. M. B.*, 319 Ga. App. 125 (735 SE2d 122) (2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/16/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*